## KIRK *v.* BOEHM, SUPERINTENDENT, DEPARTMENT OF PUBLIC INSTRUCTION, PENNSYLVANIA, ET AL.

No. 753.  Decided March 23, 1964.

Appellant *pro se.*

*John D. Killian III,* Deputy Attorney General of Pennsylvania, and *Lewis B. Beatty, Jr.* for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

## CEPERO *v.* PRESIDENT OF THE UNITED STATES ET AL.

Nos. 671, Misc., and 843, Misc.  Decided March 23, 1964.

PER CURIAM.

The appeals are dismissed for want of jurisdiction.

THE CHIEF JUSTICE took no part in the consideration or decision of these cases.